**FAIRFIELD COUNTY, AUGUST TERM, A. D. 1789.**

DESBOROUGH v. DESBOROUGH.

An arbitration note for £10 vouched by two witnesses, is not within the jurisdiction of a justice of the peace.

WRIT OF ERROR, to reverse a judgment of a justice of the peace, upon a note of £10, given to oblige the party to abide the award of arbitrators, and witnessed by two witnesses.

Plea to the jurisdiction of the justice — That this is not a note for money only, but is to bind the party to perform the award of arbitrators. Judgment — Plea insufficient.

Error — That said justice ought to have judged said plea sufficient. Plea — Nothing erroneous.

Judgment — Manifest error.

By the COURT. The jurisdiction of a single minister of justice is limited to the sum of £4 in all cases, except in suits

on bonds or notes for money or bills of credit only vouched by two witnesses, it is extended to the sum of £10. This note is an escrow, deposited in the hands of the arbitrators, to oblige the defendant to do one of two things, viz. to perform the award, or pay the £10. And by the established rules of proceeding, the sum of the award and interest, is the rule of damages. In such cases the justice therefore has not jurisdiction of the cause.

